IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAZINIQUE ECHOLS, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>Vidaxl LLC,<br><br>                Defendant. | Civil Action No. 1:26-cv-01559<br><br>Hon. April M. Perry<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated:  May 21, 2026

                    **/s/ Alison Chan**
                    By: Alison Chan, Esq.
                    EQUAL ACCESS LAW GROUP, PLLC
                    4903 Avenue N
                    Brooklyn, NY 11234
                    O: 844-731-3343
                    D: 929-442-2154
                    Email: Achan@ealg.law
                    *Attorneys for Plaintiff*